UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JOSEPH HOMES,<br><br>         Defendant. | Case No. 2:20-mj-00902-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that, pursuant to 18 U.S.C. § 3142(c)(3), Mr. Holmes is permitted to travel from the Northern District of Florida to the Southern District of Florida from December 17, 2020, to December 29, 2020, for the purpose of visiting his mother for the holiday.  Stipulation to Modify Conditions of Pretrial Release is granted.

DATED this __9__ day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3