RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Joseph Holmes

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>HOLMES et al,<br><br>     Defendants. | Case No. 2:20-mj-00902-DJA<br><br>ORDER TO CONTINUE PRELIMINARY HEARING<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Joseph Holmes, and Daniel Hill, counsel for Emelio Rochester, that the Preliminary Hearing currently scheduled on January 11, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Parties have entered negotiations and need the additional time to resolve this matter.

2. The government is in the process of producing discovery, which will allow the defendants to evaluate the case against them, and, if necessary, prepare for the preliminary hearing.

3. The defendants are not incarcerated and do not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 4th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|   */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender |   */s/ Jim W. Fang*<br>By_____<br>JIM W. FANG<br>Assistant United States Attorney |

  */s/ Daniel Hill*
By_____
DANIEL HILL
Counsel for Emelio Rochester

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOLMES et al,<br><br>　　　　Defendant. | Case No. 2:20-mj-00902-DJA<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 11, 2021 at the hour of 4:00 p.m., be vacated and continued to _____ March 15, 2021, at 4:00 p.m. in Courtroom 3A.

　　DATED this 5th day of January, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS, U.S. Magistrate Judge

3