RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Joseph Holmes

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00902-DJA |
| Plaintiff, | ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | (Fourth Request) |
| HOLMES et al, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Joseph Holmes, and Daniel Hill, counsel for Emelio Rochester, that the Preliminary Hearing currently scheduled on April 19, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Parties have entered negotiations and need the additional time to resolve this matter.

2. The government is in the process of producing discovery, which will allow the defendants to evaluate the case against them, and, if necessary, prepare for the preliminary hearing.

3. The defendants are not incarcerated and do not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth request for continuance filed herein.

DATED this 15th day of April, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Jim W. Fang*<br>By_____<br>JIM W. FANG<br>Assistant United States Attorney |

*/s/ Daniel Hill*
By_____
DANIEL HILL
Counsel for Emelio Rochester

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>HOLMES et al,<br><br>        Defendant. | Case No. 2:20-mj-00902-DJA<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 19, 2021 at the hour of 4:00 p.m., be vacated and continued to June 7, 2021, at 4:00 p.m., Courtrooom 3A.

    DATED this 16th day of April, 2021.

                                      DANIEL J. ALBREGTS, U.S. Magistrate Judge