

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH HOLMES,

    Defendant.

Case No. 2:20-mj-00902-DJA

**ORDER**

    IT IS THEREFORE ORDERED that, pursuant to 18 U.S.C. § 3142(c)(3), Mr. Holmes is permitted to travel from the Northern District of Florida to the Southern District of Florida from May 23, 2021, through May 30, 2021, for the purpose of visiting his mother.

    IT IS THEREFORE FURTHER ORDERED that pursuant to 18 U.S.C. § 3142(c)(3), Mr. Holmes travel is restricted to the State of Florida, and to the District of Nevada for the purposes of court.

    The Stipulation to Modify Conditions of Pretrial Release is granted.

    DATED this 21 day of May, 2021.

UNITED STATES MAGISTRATE JUDGE

4